```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0099--CV (JWS)
                       "ROBIN BROOMFIELD V SHARED SVC AVIATON ET AL"

                   Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/11/05
             Closed: 11/23/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs
                     GENDER DISCRIMINATION
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 05/11/05 receipt # 00125676
           Trial by: Jury


Parties of Record:                              Counsel of Record:

PLF 1.1            BROOMFIELD, ROBIN               John E. Havelock
                                                   Law Office of John Havelock
                                                   632 Christensen Drive, #100
                                                   Anchorage, AK 99501
                                                   907-276-1916
                                                   FAX 907-258-9053

                                                   Thad M. Guyer
                                                   POB 1061
                                                   Medford, OR 97501
                                                   541-210-1305
                                                   FAX 888-866-4720

                                                   Stephani L. Ayers
                                                   POB 1061
                                                   Medford, OR 97501
                                                   541-210-1305
                                                   FAX 888-866-4720

DEF 1.1     [T]    SHARED SERVICES AVIATION        No counsel found for this party!

DEF 2.1            CONOCOPHILLIPS ALASKA INC       Michael R. Spaan
                                                   Patton Boggs LLP
                                                   601 W. 5th Avenue, Suite 700
                                                   Anchorage, AK 99501
                                                   907-263-6300
                                                   FAX 907-263-6345
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0099--CV (JWS)
          "ROBIN BROOMFIELD V SHARED SVC AVIATON ET AL"

                     For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/11/05
           Closed: 11/23/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   GENDER DISCRIMINATION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 05/11/05 receipt # 00125676
         Trial by: Jury


Document #   Filed      Docket text

    1 -  1   05/11/05   Complaint filed.

    1 -  2   05/11/05   PLF 1 Jury Demand.

    2 -  1   05/18/05   PLF 1 Application re: non-resident attorney John E. Havelock for
                        admission of counsel Pro Hac Vice.

    3 -  1   05/24/05   JWS Order granting mot for admission pro hac vice re: T. Guyer & S.
                        Ayers. cc: cnsl, T. Guyer, S. Ayers

    4 -  1   07/14/05   JWS Minute Order that plf file proofs of svc on defs served & proceed to
                        serve other defs so as to comply w/FRCvP 4(m). cc: cnsl

    5 -  1   07/18/05   DEF 2 Waiver of Service.

    6 -  1   07/18/05   DEF 2 Attorney Appearance of M. Spaan.

    7 -  1   07/18/05   DEF 2 Answer to Complaint.

    8 -  1   07/22/05   PLF 1; DEF 2 Stipulation that DEF 1 may be dism as a party to this
                        litigation.

    8 -  2   07/25/05   JWS Order approving stip that DEF 1 may be dism as a party to this
                        litigation (8-1). cc: cnsl

    9 -  1   07/25/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   10 -  1   08/05/05   DEF 2 Disclosure stmt.

   11 -  1   08/16/05   DEF 2 Report re: S&P conference.

   12 -  1   10/03/05   Stipulation to terms of proposed protective order.

   13 -  1   10/04/05   DEF 2 Affidavit of svc of disc materials.

   14 -  1   10/11/05   JWS Protective Order re: stip to terms of proposed protective order
                        (12-1); allows for the filing of docs under seal & marked
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0099--CV (JWS)
                      "ROBIN BROOMFIELD V SHARED SVC AVIATON ET AL"

                                   For all filing dates

Document #    Filed      Docket text
----------    -----      -----------
                         "confidential." cc: cnsl

  15 -   1    10/13/05   PLF 1; DEF 2 Joint Notice of pending settl.

  15 -   2    10/13/05   PLF 1; DEF 2 Stipulation (request) for 30 day stay.

  16 -   1    10/17/05   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         08/14/06; Dispositive mots ddln 09/14/06; 7 day TBJ estimate. cc: cnsl

  17 -   1    10/17/05   JWS Order approving stip (req) for 30 day stay (15-2); case stayed until
                         11/18/05; parties to file stip for dismissal or file stat rpt. cc: cnsl

  18 -   1    11/18/05   DEF 2 Notice of lodging stip for dismissal.

  19 -   1    11/23/05   JKS Stipulation and Order for dismissal w/prej. cc: cnsl
```

Case 3:05-cv-00099-JWS    Document 19    Filed 05/11/2005    Page 3 of 3